UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KRISTOPHER SCHULZ<br>EXECUTOR OF THE ESTATE OF<br>ALEXANDRA MORAN,<br><br>          Plaintiff,<br><br>     vs.<br><br>MEDTRONIC CORPORATION, YALE<br>NEW HAVEN HEALTH SERVICES<br>CORPORATION<br><br>          Defendants. | Case No. 3:21-00414<br><br><br>March 25, 2021 |

**DEFENDANT MEDTRONIC, INC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Medtronic, Inc., incorrectly identified as Medtronic Corporation[1], by and through undersigned counsel, hereby states: Medtronic plc, a publicly traded entity, is the ultimate parent company; and no publicly held corporation owns 10% or more of its stock.

DEFENDANT MEDTRONIC, INC.

By /s/ Jennifer M. DelMonico
     Jennifer M. DelMonico – ct21751
     *jdelmonico@murthalaw.com*
     Terence J. Brunau – ct29363
     *tbrunau@murthalaw.com*

Murtha Cullina LLP
265 Church Street, 9th Floor
New Haven, CT 06510
Tel:  203.772.7700
Fax: 203.772.7723
Its Attorneys

---

[1] Medtronic Corporation is not a Medtronic entity.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of March, 2021, a true and correct copy of the foregoing Corporate Disclosure Statement has been filed electronically. Notice of this filing will be sent by first class mail and electronic mail to the self-represented Plaintiff as follows:

Kristopher Schulz
Executor of the Estate of Alexandra Moran
P.O. Box 399
Hudson, MA 01749
Email: krischulz@yahoo.com

/s/ Jennifer M. DelMonico
Jennifer M. DelMonico